AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: Thomas Cribbins | Telephone: (313) 226-9100 |
| Task Force Officer: Terry Cross-Nelson | Telephone: (313) 202-3500 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Deshawn Anthony WYATT

Case No.  Case: 2:26−mj−30040
Assigned To : Unassigned
Assign. Date : 1/22/2026
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 10, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Terry Cross-Nelson, Task Force Officer - ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: January 22, 2026

City and state: Detroit, Michigan

_____
Judge's signature

Honorable David R. Grand   U.S. Magistrate Judge
*Printed name and title*

Save    Print

## AFFIDAVIT

I, Terry Cross-Nelson, being duly sworn, depose and state the following:

### I. INTRODUCTION

1. I am a Police Detective with the Detroit Police Department (DPD), having served since November 2002. I was promoted to the rank of Detective in August 2014 and am currently assigned to the Firearms Investigative Team (FIT), a specialized unit formed in collaboration with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), where I serve as a credentialed Task Force Officer. FIT represents a federal partnership focused on addressing firearm-related crimes.

2. With over 23 years of law enforcement experience and more than a decade as a detective, I have specialized in firearm-related investigations throughout my career. This includes conducting over four hundred (400) firearm-related arrests and developing extensive experience investigating offenses such as felon in possession of a firearm and illegal firearm trafficking. I hold two academic degrees, both a Bachelor's degree and a Master's degree in Business and Public Leadership, earned through Cleary University, which, combined with my professional experience, has provided me with a comprehensive understanding of firearm offenses, investigative techniques, and the legal processes required to effectively address these crimes.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The Detroit Police Department and the ATF are currently conducting a criminal investigation into Deshawn Anthony WYATT (DOB: XX/XX/1975) for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

II. **PROBABLE CAUSE**

5. I reviewed records related to WYATT's criminal history and learned the following:

   a. On or about March 9, 1997, WYATT was charged with one count of carrying a concealed weapon. On May 26, 1997, WYATT pleaded guilty to attempted carrying of a concealed weapon, a felony. On October 12, 1998, in the Third Judicial Circuit Court, Wayne County, WYATT was sentenced to one year of probation.

   b. On or about June 5, 2001, WYATT was charged with one count of carrying a concealed weapon, one count of firearms possession by a

2

felon, and one count of felony firearm. On January 28, 2002, WYATT pleaded guilty to carrying a concealed weapon, a felony. On February 27, 2002, in the Third Judicial Circuit Court, Wayne County, WYATT was sentenced to two years of probation.

c. On or about November 27, 2011, WYATT was charged with one count of third-degree fleeing a police officer, one count of possession of a firearm by a felon, one count of carrying a concealed weapon, and one count of felony firearm. On April 22, 2019, WYATT pleaded guilty to felony firearm, a felony, in the Third Judicial Circuit Court, Wayne County, and was sentenced to two years' incarceration.

d. On or about January 11, 2018, WYATT was charged by superseding indictment in the U.S. District Court for the Middle District of Tennessee with one count of conspiracy to distribute and possess with intent to distribute 100 or more grams of heroin. On November 29, 2018, WYATT pleaded guilty to conspiracy to distribute and possess with intent to distribute 100 or more grams of heroin in the U.S. District Court for the Eastern District of Michigan. On April 18, 2019, WYATT was sentenced to 60 months' imprisonment along with four years of supervised release.

6. Records further indicate WYATT was under federal supervision at the time of the offense.

7. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the number of WYATT's convictions, the time he has spent incarcerated or under supervision as a result of those convictions, and the fact that WYATT has previously been charged with the offense of felon in possession of a firearm, there is probable cause to believe that WYATT is aware of his status as a convicted felon.

8. On January 10, 2026, at approximately 10:00 p.m., uniformed Detroit Police officers were patrolling westbound on West 7 Mile Road near Huntington Street in Detroit, Michigan, in a fully marked police vehicle.

9. Officers observed WYATT standing in front of a commercial location while wearing a gray jogging suit. Officers observed a black semiautomatic handgun visibly protruding from WYATT's right pocket.

10. When officers asked WYATT whether he possessed a valid Concealed Pistol License, WYATT raised his finger in a "wait" gesture and began walking away. Officers issued verbal commands for WYATT to stop, which he ignored, and WYATT fled on foot.

11. Officers pursued WYATT through an open field, along a fence line, through an alley, and across West 7 Mile Road before ultimately detaining him. At the time of detention, WYATT was no longer in possession of the firearm previously observed in his pocket.

12. A DPD K-9 unit responded and conducted a track along the exact path used by WYATT during the foot pursuit. During the search, officers recovered a black 9mm Springfield Armory semiautomatic pistol, serial number BK213090, along a fence line behind XXXXX Huntington Street, directly along WYATT's flight path.

13. Following WYATT's arrest and transport to the Detroit Detention Center, a Detroit Police Officer conducted a post-*Miranda* custodial interview of WYATT. During the interview, WYATT initially denied ownership of the firearm but later stated the firearm belonged to his mother and was normally kept at their family-owned boutique on West 7 Mile Road. WYATT stated he took possession of the firearm in order to lock up the store and typically returned it before leaving the location.

14. WYATT further admitted that he ran from police because he knew he was a convicted felon and was not supposed to possess a firearm, and because he wanted to avoid police contact as he was nearing completion of his probationary period.

5

15. On January 13, 2026, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the Springfield Armory 9mm semiautomatic pistol. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

### III. CONCLUSION

16. Probable cause exists to believe that DESHAWN ANTHONY WYATT (DOB: XX/XX/1975), a convicted felon who was aware of his felony convictions, did knowingly and intentionally possess a firearm that traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1). This offense occurred on or about January 10, 2026, in Detroit, Michigan, within the Eastern District of Michigan.

Respectfully submitted,

_____
Terry Cross-Nelson, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Honorable David Grand
United States Magistrate Judge

Dated: January 22, 2026

6